# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. EDWARDS,<br><br>    Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | Case No. CV 18-6355-PSG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition be dismissed under

---

[1] Further, Petitioner's argument that the vacancy on the state supreme court might delay resolution of his case there and cause him to suffer irreparable harm (see R. & R. at 7 & n.2) is now even less compelling since the Governor nominated someone to fill that position. See Commission on Judicial Appointments to Consider Appointment of Mr. Joshua Groban to the Supreme Court of California, Cal. Cts. Newsroom (Nov. 21, 2018), https://newsroom.courts.ca.gov/news/. A hearing on the nominee's appointment is set for December 21, 2018. Id.

Younger v. Harris, 401 U.S. 37, 45-46 (1971), and Judgment be entered dismissing this action without prejudice.

DATED: 1/29/11

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE