# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. EDWARDS, | Case No. CV 18-6355-PSG (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11/34/10

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE